Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Todd M. Swensen
Assistant United States Attorneys
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 1 2 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

JOEY ANTHONY ANDY,

　　　　　Defendant.

1:23-CR-2054-MKD

INDICTMENT

18 U.S.C. §§ 113(a)(3), 1153
Assault with a Dangerous Weapon

The Grand Jury charges:

On or about April 4, 2023, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JOEY ANTHONY ANDY, an Indian, did knowingly assault E.E. with a dangerous

//
//
//
//

INDICTMENT- 1

weapon, to wit: a knife, with intent to do bodily harm, in violation of 18 U.S.C. §§ 113(a)(3), 1153.

DATED this 12 day of September 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Todd M. Swensen*
Todd M. Swensen
Assistant United States Attorney

INDICTMENT- 2