FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 15 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOEY ANTHONY ANDY,<br><br>        Defendant. | No. 1:23-CR-02054-MKD<br><br>QUESTION RECEIVED FROM JURY DURING DELIBERATIONS |

YOUR HONOR:

Does the government have to prove that the defendant did not act in self defense or should it be presumed?

DATED at this 15 day of May 2024, at Yakima, Washington.

TIME: 1335

Juror No. 9

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 1

ANSWER FROM JUDGE:

The Court refers you to the previously given jury instructions.

DATE: 5/15/2024

TIME: 1:43 p.m.

_____
DISTRICT JUDGE MARY K. DIMKE

QUESTION RECEIVED FROM JURY DURING DELIBERATIONS - 2